ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                      PAGE 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

DeMarcus Harmon #106690
_____
Plaintiff

v.

Ms. Dept. of Corrections,
VitalCore Health Strategies, Et Al
_____
Defendant

CASE NO. 4:22-cv-007-DMB-DAS

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: DeMarcus Harmon

   B. Name under which sentenced: DeMarcus Harmon

   C. Inmate identification number: 106690

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): C.M.C.F. - Unit 720A1-Bzone-Bed 59  P.O. Box 88550  Pearl, Ms. 39208-8550

   E. Place of confinement: Central Mississippi Correctional Facility

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: See Add on Sheet

   Title (Superintendent, Sheriff, etc.):

   Defendant's mailing address (street or post office box number, city, state, ZIP)

Cont.-Page No. 1   Question No. 2

1.) The Mississippi Department of Corrections
   301 North Lamar Street
   Jackson, Ms. 39201

2.) M.D.O.C. Commissioner Burl Cain
   301 North Lamar Street
   Jackson, Ms. 39201

3.) M.D.O.C. Cheif Medical Officer Dennis Gregory
   301 North Lamar Street
   Jackson, Ms. 39201

4.) Vitalcore Health Strategies
   C.M.C.F. - R+C Clinic
   P.O. Box 88550
   Pearl, Ms. 39208

5.) Dr. Brazier, C.M.C.F. Medical Director
   C.M.C.F. R+C Clinic
   P.O. Box 88550
   Pearl, Ms. 39208

6.) Unnamed Medical Staff (to be named after discovery, when names are provided).
   C.M.C.F. R+C and Unit 720 Clinics
   P.O. Box 88550
   Pearl, Ms. 39208

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                          PAGE 2

Name: _____   _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or   _____
post office. box number, city, state, ZIP)  _____
                                            _____

Name: _____   _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or   _____
post office box number, city, state, ZIP)  _____
                                            _____

Name: _____   _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or   _____
post office box number, city, state, ZIP)  _____
                                            _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court,   ☐ Yes       ☑ No
   state or federal, dealing with or pertaining to the same facts
   that you allege in this lawsuit or otherwise relating to your
   imprisonment?

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

      Plaintiff(s):      N/A
      Defendant(s):      N/A
      B. Court:          N/A                    C. Docket No.:   N/A
      D. Judge's Name:   N/A                    E. Date suit filed: N/A
      F. Date decided:   N/A                    G. Result (affirmed, reversed, etc.): N/A

5. Is there a prisoner grievance procedure or sys-   ☑ Yes       ☐ No
   tem in the place of your confinement?

6. If "Yes," did you present to the grievance sys-   ☑ Yes       ☐ No
   tem the same facts and issues you allege in
   this complaint? (See question 9, below).

7. If you checked "Yes" in Question 6, answer the following
   questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☐ Yes  ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I virbally talked to C.M.C.F. Unit 720 Clinic staff and with No Help are changes I filed an A.R.P. in the Prison grievance procedure that has been Refused to be Answered

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

None at All

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   N/A

9. Write below, as briefly as possible, the **facts** of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   SEE Cont'd Pages 3 and 4

   Filing on Defendants in Official Capacibility and as Individuals also for the Perposefull delay in Medical Care, the denial of Pain Medication, Deliberate Indifferance to a Serious medical Need, Violation of Plaintiff's Constitutional Right to be Free From Cruel and Unusual Punishment, Insubordance of Medical Staff and Obstruction of Treatment by a Medical Specilist, From the Plaintiff's issue of a growth on the left side of his Neck, left side of Face and the left side of his Jaw, that stays swollen and infected a well as making it painfull to Eat because of Jaw Pain and no medications and the Refusead to send Plaintiff Back to Hospital After having Complycations From Medical Surgery

(4)

What Defendants Did to ME

Contd. Page No. @1   Question No. 9

1.) Mississippi Department of Corrections violated Plaintiff's Rights by being Insubordant in their duty to Protect the Plaintiff From the Medical Contract Provider Follow its Contract.

2.) Commissioner Burl Cain violated Plaintiff Rights by Allowing the Contract Medical Provider to breach their contract with the Mississippi Department of Corrections, And Allow mistreatment to Offender's in his Care to Reach an 8th Amendment violation For the Failure to Protect, And doing Nothing what-so-ever to correct the problem are Speak with VitalCore Health Strategies main Director's About the breach of Contract And Abuse by the Medical Staff on Offenders in his Care.

3.) M.D.O.C. Cheif Medical Officer Dennis Gregory violated Plaintiff's Rights by being insubordant to his duties As Medical Officer Factually Knowing VitalCore Health Strategies was breaching M.D.O.C. Medical Policy's And VitalCore signed Contract, Also Knowing that sick calls were Not Answered For weeks, And sometimes month with Offenders were still being charged Fraudulant Medical Fees when services were Factually Never Rendered.

4.) VitalCore Health Strategies violated Plaintiff's Rights to A Factual violation of the 8th Amendment to the United States Constitution Against Cruel and Unuseal Punishment. VitalCore is insubordant in the trainning of its Employed Correctional Medical Staff, VitalCore has NO Doctor's are Nurse Practioner's that are quaililfied Specialist in certain Feilds of Medicen, And their Staff are Not quailified to change medical Orders From outside specialist that treat Mississippi's incarrserated Inmate Population, they Allow all Medical Employee's to prolong Medical sick Calls, Deny Offender Medical treatment at will, And Allow their Clinic Staff within the Prison Units to obstruct treatments by Medical Feild Specialist, And even deny Medical Attention All togeather dearing Emergency Medical Needs of Offenders, sometime causing the death of Offenders held by the Mississippi Department of Corrections. For Example the Needless Death of Offender Ronald Fredrick Apgar 39 that was denied Medical Care

(1)

Contd. Page #2 Question 9

At The Central Mississippi Correctional Facility on Feb. 25 or 26, 2021 and called for not only an investigation by Mississippi law enforcement but also by the United States Department of Justice, Ms. Prison Investigation Unit.

5.) C.M.C.F. Cheif Medical Director Dr. Brazier violated Plaintiff's Rights by Allowing M.D.O.C. Medical Policy's and Procedure's to be broken at will with no remorse what-so-ever, making the Plaintiff's Standard of Medical Care get to be a violation of the 8th Amendment to the United States Constitution.

6.) Unnamed Medical Staff at C.M.C.F. violated Plaintiff's Rights by breaching all area's of Vitalcore Health Strategies contract, deny and prolong medical care to the plaintiff to an 8th Amendment Constitutional violation of Cruel and Unuseal Punishment.

(2)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                   PAGE 5

Also would REQUEST A JURY TRIAL

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

Jury to Award damages punitive, And For Emotional Stress, Mental Anguish and Pain and suffering In the Amount of (5) Five Million Dollars

This Complaint was executed at (location): ___Oct. 14, 2021___

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: ___Oct. 14, 2021___

Plaintiff's Signature

Marcus Narmon #106690
C.M.C.F - Unit 790H - B Zone - Bed 59
P.O. Box 86550
Pearl, Ms. 39208
WARNING
Not responsible for letter contents
Any enclosed money orders should
be referred to your local Post
Master before cashing
MS Dept of Correction

38821-540203

JACKSON MS 390
4 JAN 2022 PM 3 L

Pro-Se Clerk
U.S. District Court
203 E. Elmore Dr.
Amory, Ms. 38821

RECEIVED
JAN 7 2022
United States District Court
Northern District of Mississippi

